3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 25-11392-FMO (AS) | Date | January 15, 2026 |
|---|---|---|---|
| Title | *David Schlosberg v. City of Santa Monica, et. al.,* | | |

Present: The Honorable    Alka Sagar, United States Magistrate Judge

| Alma Felix | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not present | Not present |

Proceedings (In Chambers):    **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On November 26, 2025, Plaintiff David Schlosberg filed a complaint pursuant to 42 U.S.C § 1983, accompanied by a request to proceed without prepayment of filing fees. (Dkt. Nos. 1-2). The Court subsequently issued a notice of assignment of this matter which was mailed to Plaintiff's address of record. (Dkt. No. 5). On December 8, 2025, the Court granted Plaintiff's request to proceed without prepayment of filing fees and Plaintiff's request to register for electronic filing. (Dkt. Nos. 6-7). On December 16, 2025, the Order granting Plaintiff's request to register for electronic filing was returned to the Court as undeliverable. (Dk. No. 9). On December 29, 2026, the Court issued an order requiring Plaintiff to provide the Court with his current address pursuant to Local Ruler 41-6 within ten days (Dkt. No. 10). Plaintiff was expressly warned that if he failed to respond to the Court's Order, his action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Id. On January 12, 2026, this Order was returned to the Court as undeliverable. (Dkt. No. 13). Additional Orders issued in this case have also been returned to the Court as undeliverable. See Dkt. Nos. 8, 11 (Order, dated December 8, 2025, granting Plaintiff's request to proceed without prepayment of filing fees, was returned to the Court as undeliverable on January 2, 2026), and Dkt. Nos 6, 12 (Order, dated December 16, 2025, regarding screening in Pro Se Civil Rights Case, was returned to the Court as undeliverable on January 9, 2026.

To date, Plaintiff has failed to provide the Court with his updated address and previous Court Orders have been returned to the Court as undeliverable. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than February 20, 2026,** why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the submission of an updated address for Plaintiff in compliance with the Court's Order dated December 29, 2025, a copy of which is

3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 25-11392-FMO (AS) | Date | January 15, 2026 |
|---|---|---|---|
| Title | *David Schlosberg v. City of Santa Monica, et. al.,* | | |

attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to comply with the Court's Order.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

**IT IS SO ORDERED.**

cc:   Fernando M. Olguin
      United States District Judge

0   :   00

Initials of
Preparer